# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                               **Case No: 8:05-cr-406-T-17AAS**

**ALVIN BARNES,**

      **Defendant.**

_____/

## UNOPPOSED MOTION FOR SENTENCE REDUCTION
## UNDER THE FIRST STEP ACT OF 2018

Pursuant to the Court's *Omnibus Order In Re: Section 404 of the First Step Act*, 8:19-mc-10-T-23, Defendant Alvin Barnes, through undersigned attorney, respectfully requests a sentence reduction under Section 404 of the First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(B), based on the following:

1.     The United States Probation memorandum dated March 20, 2019, incorrectly states that Mr. Barnes is ineligible for a reduction in his term of imprisonment under Section 404 of the First Step Act, which made retroactive the reduction in statutory penalties that were modified by the Fair Sentencing Act of 2010, P.L. 111-220, 124 Stat. 2372.[1]

---

[1]     The government and undersigned counsel are in agreement that Mr. Barnes is eligible for a reduction as his plea agreement stipulates that he was accountable for approximately 18 grams of crack cocaine. Doc. 18 at 13. The parties have requested that Probation submit an amended memorandum stating that Mr. Barnes is eligible for a reduction, but Probation declined this request.

1

2.      Under the First Step Act, Mr. Barnes is subject to lesser statutory penalties, and the resulting Sentencing Guidelines are changed.

3.      At Mr. Barnes' sentencing on June 15, 2007, he was adjudicated guilty on the charge of possession with intent to distribute 5 grams or more of cocaine base, which provided a statutory range of imprisonment of 5 to 40 years under the Anti-Drug Abuse Act of 1986, 100 Stat. 3207. Mr. Barnes was sentenced to 188 months' imprisonment, to be followed by 4 years of supervised release.

4.      Congress enacted the Fair Sentencing Act of 2010, 124 Stat. 2372, to reduce the racially disparate statutory penalties for crack cocaine offenses. *See Dorsey v. United States*, 567 U.S. 260, 268-69 (2012). Signed into law on December 21, 2018, § 404(b) of the First Step Act makes retroactive the Fair Sentencing Act of 2010's reduction in the disparity between crack and powder cocaine sentences.

5.      As he was accountable for 18 grams or more of cocaine base, *see* Doc. 18 at 13, Mr. Barnes' offense now falls under 21 U.S.C. § 841(b)(1)(C) pursuant to the Fair Sentencing Act; his statutory range of imprisonment is now up to 20 years, and his minimum term of supervised release is now 3 years.

6.      Accordingly, Mr. Barnes respectfully requests that the Court, under Section 404 of the First Step Act and 18 U.S.C. § 3582(c)(1)(B), reduce his

previously imposed sentence of imprisonment to time served and his term of supervised release to 3 years. The United States does not oppose this request.[2]

7.     Mr. Barnes has filed this unopposed motion to expedite the proceedings in this matter. In light of the unopposed relief requested herein, the parties have not briefed various legal and factual issues that they would have otherwise addressed had this agreement not been reached. Therefore, the parties reserve the right to raise additional legal and factual arguments if the Court denies this motion.

---

[2]     Mr. Barnes is presently serving his sentence at Goodwill's Hillsborough County Reentry Center, and his projected release date is November 22, 2019. *See* Inmate Locator at www.bop.gov, regarding Reg. No. 12078-017. The relief requested will be equivalent to an approximate four-month reduction in Mr. Barnes' sentence.

Wherefore, Defendant Alvin Barnes respectfully requests that this Court reduce his term of imprisonment to time served and term of supervised release to 3 years.

Respectfully submitted by,

Donna Lee Elm
Federal Public Defender

*/s/ Adam Labonte*
Adam Labonte
Research and Writing Attorney
Florida Bar No. 115143
400 North Tampa St., Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Adam_Labonte@fd.org
Counsel for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

*/s/ Adam Labonte*
Adam Labonte
Counsel for Defendant

4